Weldon McMillian TDCJ #1870137
C.O.A ~~#~~ 04-13-00485-CR
Trial Court Case # 2013-44-C1
938 S. FM 1673
Snyder, Tx.    79649

Greetings,

I recently wrote asking for an extension of time to petition for discretionary review, with the petition for discretionary review enclosed in that letter! My reason for doing so was because your court failed to notify me of the April 9, 2014 decision and finding of the court, until Dec. 3, 2014. See enclosed documents. I denied that extension on 1/30/2015, I am asking you to reconsider.

I am not an attorney, nor do I have an attorney! My petition is based on the fact that the 1991 DWI used in the habitual finding never existed! I just want the chance to prove that! Thank you for your time and consideration!

Sincerely,

Weldon McMillian

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk



# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

December 3, 2014

Weldon Lee McMillian
TDCJ# 1870137
Price Daniel Unit
938 S. FM 1673
Snyder, TX 79549

RE:    Court of Appeals Number:    04-13-00485-CR
       Trial Court Case Number:    2013-44-C1
       Style:  Weldon Lee McMillian
               v.
               The State of Texas

Mr. McMillian,

Enclosed is a copy of the Opinion that was issued on April 9, 2014. This appeal is now closed. Mandate was issued on June 9, 2014.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262

*State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), and *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Counsel informed McMillian of his right to file a pro se brief and provided him copies of the brief, the motion to withdraw, and the appellate record. McMillian filed a pro se brief in which he contends the indictment contained clerical errors and that at least one of the convictions alleged for enhancement purposes never occurred.

After reviewing the record, counsel's brief, and McMillian's pro se brief, we find no reversible error and agree with counsel the appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We therefore grant the motion to withdraw filed by counsel and affirm the trial court's judgment. *See id.*; *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).[1]

Luz Elena D. Chapa, Justice

DO NOT PUBLISH

---

[1] No substitute counsel will be appointed. Should McMillian wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days after either this opinion is rendered or the last timely motion for rehearing or motion for en banc reconsideration is overruled by this court. *See* Tex. R. App. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Court of Criminal Appeals. *See id.* R. 68.3. Any petition for discretionary review must comply with the requirements of rule 68.4 of the Texas Rules of Appellate Procedure. *See id.* R. 68.4.

- 2 -



# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00485-CR

Weldon Lee **MCMILLIAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 19th Judicial District Court, McLennan County, Texas
Trial Court No. 2013-44-C1
Honorable Ralph T. Strother, Judge Presiding

Opinion by:  Luz Elena D. Chapa, Justice

Sitting:  Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  April 9, 2014

MOTION TO WITHDRAW GRANTED; AFFIRMED

Weldon Lee McMillian entered an open plea of guilty to felony driving while intoxicated. He waived a jury and punishment was tried to the court. McMillian pled true to the enhancement paragraphs in the indictment and, after a hearing, the trial court sentenced McMillian to forty-five years in prison. McMillian timely appealed.

McMillian's court-appointed appellate attorney filed a motion to withdraw and a brief in which he raises no arguable points of error and concludes this appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), *High v.*

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

1/30/2015

MCMILLIAN, WELDON LEE    Tr. Ct. No. 2013-44-C1    COA Case No. 04-13-00485-CR

PD-0109-15

On this day the Appellant's Pro Se motion for extension of time to file petition for discretionary review has been denied.

Abel Acosta, Clerk

WELDON LEE MCMILLIAN
TDC# 1870137
DANIEL UNIT
938 S. FM 1673
SNYDER, TX 79549